# Hamilton West Corporation *v.* Spencer (et al., Appellant).

Argued December 4, 1974. *James L. Head,* with him *Klein, Elicker, Head & Butler,* for appellant; *Lawrence E. Wood,* with him *Wood, Parke & Barnes,* for appellee.

Decree affirmed.

VAN DER VOORT, J., absent.